UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                         Case No. 1: 24-mc-50812

v.                                           Honorable Thomas L. Ludington
                                                United States District Judge

ETHAN PRILL,

        Defendant.

_____/

**ORDER AUTHORIZING DISCLOSURE OF GRAND JURY MATERIALS**

Upon this Court's consideration of the Government's *Ex Parte* Motion for Disclosure of Certain Grand Jury Materials, ECF No. 1 (sealed), for the reasons stated by the Government and for good cause shown:

It is **ORDERED** that the Government's *Ex Parte* Motion for Disclosure of Certain Grand Jury Materials, ECF No. 1 (sealed), is **GRANTED**.

Further, it is **ORDERED** that disclosure of the Grand-Jury materials identified in the Government's Motion is **PERMITTED** under Federal Rule of Criminal Procedure 6(e)(3)(E)(i).

Dated: July 8, 2024                                        s/Thomas L. Ludington
                                                            THOMAS L. LUDINGTON
                                                             United States District Judge